1014

F. E. SATTERLEE COMPANY, Plaintiff, v. DIAMOND MOTOR PARTS COMPANY, Defendant, Irving Trust Company and M. D. Chandler, Appellants.

No. 167.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1931.

Eugene S. Bibb, of New York City (George G. Shiya, of New York City, of counsel), for appellants.

Boskey, Schiller, Marvin & Serling, of New York City (Saul B. Miners, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.

Joseph FIANNACCA, Appellant, v. BOOTH & CO., Inc., Appellee.

No. 149.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

William S. Butler, of Brooklyn, N. Y. (James A. Gray, of Brooklyn, N. Y., of counsel), for appellant.

E. C. Sherwood, of New York City (Clarence S. Zipp, of New York City, of counsel), for appellee.

Before MANTON and CHASE, Circuit Judges.

PER CURIAM.

Decree [39 F.(2d) 639] affirmed.

Richard J. FOSTER, as Owner of THE Barge ROBERT J. KENNELLY, Appellee, v. THE Steam Tug HOLBROOK, W. E. Hedger & Co., Inc., Appellant.

No. 205.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Macklin, Brown, Lenahan & Speer and Horace L. Cheyney, all of New York-City, for appellant.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Charles A. Van Hagen, Jr., both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Pacificio GARCIA, Appellant, v. A. C. SITTEL, U. S. Marshal for the Southern District of California, Appellee.

No. 6357.

Circuit Court of Appeals, Ninth Circuit.

Jan. 12, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Ordered appeal dismissed pursuant to motion of appellant; mandate forthwith.